Jacob M. Weisberg, SBN 049065
The Law Office of Jacob M. Weisberg
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:   (559) 442-3164

Attorney for Plaintiff, ABRAHAM AVILA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM AVILA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART ASSOCIATES, INC.,<br>JEFFERSON HAMMOND, RICK AURIT,<br><br>　　　　Defendants. | CASE NO.: 1:08-CV-01244-AWI-DLB<br><br>STIPULATION TO CONTINUE MOTION HEARING AS TO MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(b)(6), (e)] AND ORDER<br><br>Current Date:　November 17, 2008<br>Time:　　　　　1:30 p.m.<br>Courtroom No.:　2 |

　　　THE PARTIES, through their respective counsel, stipulate to continue Defendant's Motion to Dismiss and Motion for more Definite Statement from November 17 to December 1, 2008 at 1:30 p.m. in Courtroom 2.

　　　The stipulation is based on the fact the Plaintiff's attorney will be out of the country from October 26 through November 10, 2008 on a previously planned trip to Europe for a family event.  On the current schedule, his response would be due on October 31, 2008.

                                                  Respectfully submitted,

DATED: October 24, 2008

                                                  LAW OFFICE OF JACOB WEISBERG

                                                  /S/ Jacob M. Weisberg

                                                  Jacob M. Weisberg, Attorney for Plaintiff,
                                                  FREDERICK LEE


DATED: October 24, 2008           PHILLIPS, SPALLAS & ANGSTADT LLP

                                                  /S/     Kristin Oliveira

                                                  Gregory L. Spallas
                                                  Kristin L. Oliveira
                                                  Attorneys for Defendants
                                                  WAL-MART STORES EAST, LP and
                                                  JEFFERSON HAMMANN

                                               ORDER

IT IS SO ORDERED.

**Dated:  October 27, 2008**                       /s/ **Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE