Gregory L. Spallas, SBN 129306
Kristin L. Oliveira, SBN 204384
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California St, 10th Floor
San Francisco, CA 94108
Tel:     (415) 278-9400
Fax:    (415) 278-9411
gspallas@psalaw.net
koliveira@psalaw.net

Attorneys for Defendant
Wal-Mart Stores East, LP

Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:  (559) 442-3164
JMW@jweisberglaw.com

Attorneys for Plaintiff
Abraham Avila

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM AVILA JR., | Case No. 1:08-CV-01244-AWI-DLB |
| Plaintiff, | **JOINT STIPULATION TO REQUEST CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE; ORDER** |
| vs. | |
| WAL-MART ASSOCIATES, INC., | MSC Date:  March 25, 2009 |
| Defendant. | Time: 1:30 p.m. |
| | Courtroom #9 (6th Floor) |

TO THE COURT:

The parties, ABRAHAM AVILA, JR. and WAL-MART STORES EAST, LP, by and through their respective counsel, herein stipulate to continue the Mandatory Settlement Conference scheduled for March 25, 2009 at 1:30 p.m. before the Honorable Dennis L. Beck.

There is good cause to continue the Mandatory Settlement Conference now set for March 25, 2009.  The stipulation is based on the fact the parties have just begun initial discovery and

1  agree that a Settlement Conference at this time would not be a productive or meaningful session. The parties state they must complete initial discovery to be in a position to discuss a possible resolution. To that end, defendant has served written discovery to plaintiff, and expects to receive responses shortly. Defendant will depose plaintiff in the next three (3) to four (4) weeks, upon receipt of plaintiff's responses to the written discovery. Plaintiff intends to depose Wal-Mart witnesses in the near future.

The parties agree that they will not be in able to engage in earnest, fruitful settlement talks at the Mandatory Settlement Conference on March 25, 2009, as they have not yet completed initial discovery.

Accordingly, to avoid the unnecessary expenditure of the Court's and the parties' time and resources, the parties respectfully request the Court continue the Mandatory Settlement Conference to **July 1, 2009 at 10:00 a.m.**, a date the parties understand the Court is available.

Respectfully Submitted,

Dated: March 12, 2009        **PHILLIPS, SPALLAS & ANGSTADT LLP**

 /s/-Kristin L. Oliveira
Gregory L. Spallas
Kristin L. Oliveira
Attorneys for Defendant
Wal-Mart Stores East, LP

Respectfully submitted,

Dated:  March 12, 2009        **LAW OFFICE OF JACOB WEISBERG**

/s/-Jacob M. Weisberg as authorized on 3/12/09
Jacob M. Weisberg
Attorney for Plaintiff
Abraham Avila

1 **<u>ORDER</u>**

2 GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE MANDATORY
3 SETTLEMENT CONFERENCE ON MARCH 25, 2009 IS VACATED.
4
5 THE MANDATORY SETTLEMENT CONFERENCE IS RESCHEDULED FOR
6 WEDNESDAY, JULY 1, 2009, 10:00 A.M. IN COURTROOM NO. 9.
7
8
9 Dated: 18 March 2009    /s/ *Dennis L. Beck*
10                        U.S. MAGISTRATE JUDGE
                         DENNIS L. BECK