Gregory L. Spallas, SBN 129306
Kristin L. Oliveira, SBN 204384
PHILLIPS, SPALLAS & ANGSTADT LLP
Three Embarcadero Center, Suite 550
San Francisco, CA  94111
Tel:    (415) 278-9400
Fax:    (415) 278-9411
gspallas@psalaw.net
koliveira@psalaw.net

Attorneys for Defendant
Wal-Mart Stores East, LP

Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile:  (559) 442-3164
JMW@jweisberglaw.com

Attorneys for Plaintiff
Abraham Avila

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ABRAHAM AVILA JR., | ) Case No. 1:08-CV-01244-AWI-DLB |
|---|---|
| Plaintiff, | ) **JOINT STIPULATION TO REQUEST CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE AND MODIFY SCHEDULING ORDER RE DEADLINES FOR NON-EXPERT DISCOVERY AND EXPERT DISCLOSURE; ORDER** |
| vs. | |
| WAL-MART ASSOCIATES, INC., | |
| Defendant. | ) MSC Date: July 1, 2009 ) Time: 1:30 p.m. ) Courtroom #9 (6th Floor) |

TO THE COURT:

The parties, ABRAHAM AVILA, JR. and WAL-MART STORES EAST, LP, by and through their respective counsel, herein stipulate to continue the Mandatory Settlement Conference scheduled for July 1, 2009 at 1:30 p.m. before the Honorable Dennis L. Beck.

-1-
JOINT STIPULATION TO REQUEST CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE
AND AMENDMENTS TO SCHEDULING ORDER; [PROPOSED] ORDER
U.S.D.C. – *Eastern District of California, Case No. 1:08-cv-01244 AWI DLB*

1   There is good cause to continue the Mandatory Settlement Conference (MSC) now set
2   for July 1, 2009.  The stipulation is based on the Plaintiff's request that additional discovery
3   must be completed in order for the Settlement Conference to be a productive or meaningful
4   session.  Defendant has deposed Plaintiff, but that deposition has not been completed and will be
5   prior to the continued settlement conference.  Plaintiff's wife's deposition will also be completed
6   prior to the continued MSC.  Plaintiff is conducting witness interviews of individuals not
7   currently employed by Defendant and may seek to take depositions of a limited number of such
8   witness and/or witnesses employed by Defendant.

9   Accordingly, to avoid the unnecessary expenditure of the Court's and the parties' time
10  and resources, the parties respectfully request the Court continue the Mandatory Settlement
11  Conference to **July 29, 2009 at 10:00 a.m.**, a date the parties understand the Court is available.

12  Based on the continuance of the MSC, the parties request that the Scheduling Order be
13  amended to provide that the Discovery Cut off Date for Non-Expert Witnesses be moved from
14  August 14, 2009 to **September 14, 2009** and that the Disclosure of Experts date be moved from
15  September 14, 2009 to **September 28, 2009**.

Respectfully Submitted,

Dated: June 26, 2009                    **PHILLIPS, SPALLAS & ANGSTADT LLP**


 /s/-Kristin L. Oliveira_____
Gregory L. Spallas
Kristin L. Oliveira
Attorneys for Defendant
Wal-Mart Stores East, LP

Respectfully submitted,

Dated:  June 26, 2009                   **LAW OFFICE OF JACOB WEISBERG**


/s/-Jacob M. Weisberg as authorized on 6/26/09
Jacob M. Weisberg
Attorney for Plaintiff
Abraham Avila

# ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE MANDATORY SETTLEMENT CONFERENCE ON JULY 1, 2009 IS VACATED AND THE MANDATORY SETTLEMENT CONFERENCE IS RESCHEDULED FOR JULY 29, 2009 AT 10:00 A.M. IN COURTROOM NO. 9. THE PARTIES MUST SEND THE MAGISTRATE JUDGE A SETTLEMENT CONFERENCE STATEMENT BY JULY 22, 2009.

FURTHERMORE, THE SCHEDULING ORDER IS AMENDED TO PROVIDE THAT THE DISCOVERY DEADLINE FOR NON-EXPERT WITNESSES IS NOW SEPTEMBER 14, 2009 AND THAT THE PARTIES MUST DISCLOSE EXPERTS BY SEPTEMBER 28, 2009.

IT IS SO ORDERED.

Dated: 6 July 2009                            /s/ *Dennis L. Beck*
                                              U.S. MAGISTRATE JUDGE
                                              DENNIS L. BECK