# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABRAHAM AVILA, JR., | ) | 1:08cv01244 AWI DLB |
| | ) | |
| | ) | ORDER GRANTING APPLICATION FOR |
| Plaintiff, | ) | SEALING ORDER |
| | ) | |
| v. | ) | (Document 38) |
| | ) | |
| WAL-MART ASSOCIATES, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Abraham Avila, Jr., ("Plaintiff"), through counsel, filed the instant employment discrimination action on August 22, 2008.

On August 14, 2009, Plaintiff's counsel, Jacob Weisberg, filed a motion to withdraw as Plaintiff's attorney of record. Counsel also has filed an Application for Sealing Order requesting that his supporting declaration to withdraw as attorney of record and any response submitted by the Plaintiff be filed under seal.

As the Court finds a compelling reason for filing the documents under seal, the Application for Sealing Order is GRANTED. The Declaration of Jacob M. Weisberg supporting the motion to withdraw as attorney of record shall be FILED UNDER SEAL. The Clerk of the Court is DIRECTED to scan the documents into the sealed section of ECF and return the original to counsel. Additionally, any response to the motion to withdraw as counsel submitted by Plaintiff Abraham Avila, Jr., shall be FILED UNDER SEAL.

IT IS SO ORDERED.

Dated:   **September 17, 2009**                    **/s/ Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

1